c.c.

sept 1, 2015

Dear Clerk of Court of appeals, I'm writing today to ask you how much would it cost to purchase my trial transcript. The reason that I am asking is because I have been trying to get them and the court have been telling my family that they can not purchase my transcript. So I'm writing you to ask you how much would it cost to purchase them because I can not do an 11.07 writ without my transcript. So could you please give me a price so I can try to purchase my transcript.

Thank you

Ryan Wallace

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 03 2015

Abel Acosta, Clerk